# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Lifecycle Construction Services, LLC ) ASBCA No. 61051
)
Under Contract No. W912HN-09-D-0012 )

APPEARANCES FOR THE APPELLANT: Dirk D. Haire, Esq.
P. Sean Milani-nia, Esq.
Fox Rothschild LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Laura J. Arnett, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Savannah

## ORDER OF DISMISSAL

The dispute has been settled. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: September 26, 2018

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61051, Appeal of Lifecycle Construction Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals